No. 543. PHILADELPHIA SAVING FUND SOCIETY v. UNITED STATES. C. A. 3d Cir. Certiorari denied. *Charles J. Biddle, Frederick E. S. Morrison* and *Calvin H. Rankin* for petitioner. *Solicitor General Rankin, Assistant Attorney General Rice, I. Henry Kutz* and *Helen A. Buckley* for the United States.

No. 548. HOLDER ET AL. v. UNITED STATES. C. A. 8th Cir. Certiorari denied. *Edgar Musgrave* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 551. LAYCOCK v. KENNEY. C. A. 9th Cir. Certiorari denied. *Paul Bakewell, Jr.* and *Norman L. Easley* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Samuel D. Slade* for respondent.

No. 553. LA GLORIA OIL & GAS CO. ET AL. v. SCOFIELD, FORMERLY COLLECTOR OF INTERNAL REVENUE. C. A. 5th Cir. Certiorari denied. *Binford Arney* and *Clyde L. Wilson, Jr.* for petitioners. *Solicitor General Rankin, Assistant Attorney General Rice* and *Melva M. Graney* for respondent.

No. 558. VANCE v. AMERICAN SOCIETY OF COMPOSERS, AUTHORS AND PUBLISHERS ET AL. C. A. 8th Cir. Certiorari denied. Petitioner *pro se.* *Maurice J. O'Sullivan* and *Thomas M. Sullivan* for respondents.

No. 560. PYRAMID LIFE INSURANCE CO. v. CURRY. C. A. 8th Cir. Certiorari denied. *Terence M. O'Brien* for petitioner. *Keith Martin* for respondent.